UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:09-cr-132-RLH-RJJ |
| ) | |
| JAMES KINNEY, ) | |
| ) | |
| Defendant. ) | ORDER |
| ) | |

The Court having granted "Attorney Jacqueline Naylor's Motion to Withdraw as Counsel of Record for Defendant James Kinney" (#162), and the Court having ordered new CJA attorney appointment (#164) with good cause appearing;

**IT IS HEREBY ORDERED** that Todd Leventhal, Esq. is appointed as counsel for James Kinney in place of Jacqueline Naylor, Esq. for all future proceedings.

**IT IS FURTHER ORDERED** that Ms. Naylor shall forward the file to Mr. Leventhal forthwith.

DATED this  14th  day of July, 2011.

Nunc Pro Tunc: June 27, 2011.

_____
ROBERT J. JOHNSTON
UNITED STATES MAGISTRATE JUDGE