DAYLE ELIESON
United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388.6418
tony.lopez@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00132-JAD-GWF-10 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| vs. | |
| JAMES KINNEY, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Dayle Elieson, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Todd M. Leventhal, Esq., counsel for defendant James Kinney, that the sentencing scheduled for October 23, 2018, at 10:00 a.m. be vacated and reset for a date and time convenient for the Court, but no earlier than November 12, 2018.

This stipulation is entered into for the following reasons:

1.      Counsel for the Government likely has a conflict with the current date and time for sentencing because calendar call in *United States v. Fujinaga*, No. 2:15-cr-00198-GMN-NJK is scheduled for 9:00 a.m. on October 23, 2018. The *Fujinaga* case is expected to go forward to trial starting October 29, 2018, and is expected to last at least two weeks.

1

1    2.    Defense counsel is not available on November 9, 16, 23, or 30.

2    3.    In addition, the parties could use additional time to prepare for

3    sentencing.

4    4.    Defendant James Kinney is not in custody and does not object to the

5    continuance.

6    DATED this 16th day of October, 2018.

7                                              Respectfully submitted,

8                                              DAYLE ELIESON
                                               United States Attorney
9

     /s/ *Todd M. Leventhal*                   /s/ *Richard Anthony Lopez*
10   TODD M. LEVENTHAL, ESQ.                    RICHARD ANTHONY LOPEZ
     Counsel for Defendant                      Assistant United States Attorney
11   James Kinney

12

13

14

15

16

17

18

19

20

21

22

23

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES KINNEY,

Defendant.

Case No. 2:09-cr-00132-JAD-GWF-10

## **FINDINGS OF FACT**

Based on the parties' stipulation to continue the sentencing date, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government likely has a conflict with the current date and time for sentencing because calendar call in *United States v. Fujinaga*, No. 2:15-cr-00198-GMN-NJK is scheduled for 9:00 a.m. on October 23, 2018. The *Fujinaga* case is expected to go forward to trial starting October 29, 2018, and is expected to last at least two weeks.

2. Defense counsel is not available on November 9, 16, 23, or 30.

3. In addition, the parties could use additional time to prepare for sentencing.

4. Defendant James Kinney is not in custody and does not object to the continuance.

## **CONCLUSIONS OF LAW**

5. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

1

**ORDER**

2    IT IS HEREBY ORDERED that the sentencing presently scheduled for

3    October 23, 2018, at the hour of 10:00 a.m. be continued to November 13, 2018, at

4    the hour of 11:00 a.m. in LV    Courtroom 6D before Judge Jennifer A. Dorsey.

5

6    DATED: 10/17/2018

7    _____
     HONORABLE JENNIFER A. DORSEY
8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23