```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
         COUNSEL/PARTIES OF RECORD

        NOV 13 2018

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-132-JAD-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| JAMES KINNEY, | |
| Defendant. | |

This Court found that James Kinney shall pay the in personam criminal forfeiture money judgment of $2,813,310 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 63; Change of Plea, ECF No. 638; Plea Agreement, ECF No. 639; Preliminary Order of Forfeiture, ECF No. 645.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $2,813,310 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from James Kinney the in personam criminal forfeiture money judgment of $2,813,310 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code,

Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 13th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE